# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GRACE ALBANESE, | Case No. 2:17-CV-1287 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Leen's report and recommendation ("R&R"), recommending that *pro se* plaintiff Grace Albanese's Application to Proceed *In Forma Pauperis* (ECF No. 1) be denied and complaint (ECF No. 1-1) dismissed. (ECF No. 3). No objections have been filed, and the deadline for filing objections has since passed.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review

**James C. Mahan**
**U.S. District Judge**

employed by the district court when reviewing a report and recommendation to which no objections were made).

As Albanese has failed to object, this court adopts the R&R in its entirety.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Magistrate Judge Leen's report and recommendation (ECF No. 3) be, and the same hereby is, ADOPTED in its entirety.

IT IS FURTHER ORDERED that plaintiff Grace Albanese's Application to Proceed *In Forma Paueris* (ECF No. 1) be DENIED.

IT IS FURTHER ORDERED that the complaint (ECF No. 1-1) be dismissed.

The clerk of the court is instructed to close this case and enter judgment accordingly.

DATED August 15, 2017.

_____
UNITED STATES DISTRICT JUDGE